ORIGINAL **CV 15**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------X
[Your Name], MARiE L BANKS

Plaintiff,

- against - Labor Day Event
NYC-organizator for Haiti
[Insert Names], Television ch 7-11 Police - Law Enforcement
Nassau County D.A
Defendants
------------------------------------------X

**594●** ~~SAMPLE~~ Sorry I need
~~DO NOT SUBMIT THIS~~ Immediate
~~FORM TO THE COURT~~ Injunction
GLEESON, J. Stop
Murder
By Kidnap
ping

COMPLAINT
SCANLON, M.J.

My son is sold
He is a
target Because
of me. the whistle
Blower

**Jury Trial Demanded**

RECEIVED
OCT 1 3 2015
PRO SE OFFICE

I.    Parties:

Plaintiff MARiE L BANKS resides at 194 Malcolm x Blvard Apt B3 Brooklyn
N.Y 11221

Defendant 1 Labor Day Event, resides at N.Y city organizators for Haiti
N.Y city cultural affairs 1 Centre Street N.Y N.Y

Defendant Television ch 7-11, resides at 7 Lincoln Square W.N.Y 10023
Pay Police - Law enforcement
Nassau County District attorney

II.   The jurisdiction of the Court is invoked pursuant to Kidnapping- Evidence planted for fees
Rape - Sodomy - Jail for Execution By order of Haitian Mafia
Illegal search Hypnotise - Seizure of his child and property -

III.  Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the
date of each relevant event, a description of what occurred and how each defendant named
was involved in the claim] Stop - a) search with Evidence planted for
b) Stop our phone Hacking - Kidnapping and Execution
c) Nassau County D.A by mrs wright said : Nothing can
Be done about Haitian mafia - Speak to the Pastor
most of them Israeli army straight shooter running Mass
slave

IV.   Remedy. State what relief, such as money damages, you seek from each defendant.
stop the murder of my son carl lervoirs who does
not know my position with the Mafia from the North of Haiti.
I am, -He is not the whistle blower to be flame as perpetator
oct 13, 2015   For execution   Marie L Banks it was
Date         $ 700.000.000     Sign Your Name         sold by them

stop ch 7 and 11 technic of
manipulation on my brain
to call the authority myself
to murder my son for
the Haiteans Pocket. -
I learn about the Labor Day Events on the News -
My son was moving to Nassau County that week-end
with his 1½ m old son & wife. -

347-798-5224
Telephone Number - from my Apartment :
- they stole complaints #
- they manipulated Pictures
- they took his foot print - my finger print





**Rule 7.1**  RULES OF CIVIL PROCEDURE

tion that may be required by the Judicial Conference have been deleted.

**2007 Amendment**

The language of Rule 7.1 has been amended as part of the general restyling of the Civil Rules to make them more easily understood and to make style and terminology consistent throughout the rules. These changes are intended to be stylistic only.

**Rule 8.  General Rules of Pleading**

(a) **Claim for Relief.** A pleading that states a claim for relief must contain:

  (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

  (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

  (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

(b) **Defenses; Admissions and Denials.**

  (1) *In General.* In responding to a pleading, a party must:

    (A) state in short and plain terms its defenses to each claim asserted against it; and

    (B) admit or deny the allegations asserted against it by an opposing party.

  (2) *Denials—Responding to the Substance.* A denial must fairly respond to the substance of the allegation.

  (3) *General and Specific Denials.* A party that intends in good faith to deny all the allegations of a pleading—including the jurisdictional grounds—may do so by a general denial. A party that does not intend to deny all the allegations must either specifically deny designated allegations or generally deny all except those specifically admitted.

  (4) *Denying Part of an Allegation.* A party that intends in good faith to deny only part of an allegation must admit the part that is true and deny the rest.

  (5) *Lacking Knowledge or Information.* A party that lacks knowledge or information sufficient to form a belief about the truth of an allegation must so state, and the statement has the effect of a denial.

  (5) *Effect of Failing to Deny.* An allegation other than one relating to the amount of dam-

(1) *In General.* In responding to a pleading, a party must affirmatively state any avoidance or affirmative defense, including:

  • accord and satisfaction;
  • arbitration and award;
  • assumption of risk;
  • contributory negligence;
  • duress;
  • estoppel;
  • failure of consideration;
  • fraud;
  • illegality;
  • injury by fellow servant;
  • laches;
  • license;
  • payment;
  • release;
  • res judicata;
  • statute of frauds;
  • statute of limitations; and
  • waiver.

(2) *Mistaken Designation.* If a party mistakenly designates a defense as a counterclaim, or a counterclaim as a defense, the court must, if justice requires, treat the pleading as though it were correctly designated, and may impose terms for doing so.

(d) **Pleading to Be Concise and Direct; Alternative Statements; Inconsistency.**

  (1) *In General.* Each allegation must be simple, concise, and direct. No technical form is required.

  (2) *Alternative Statements of a Claim or Defense.* A party may set out 2 or more statements of a claim or defense alternatively or hypothetically, either in a single count or defense or in separate ones. If a party makes alternative statements, the pleading is sufficient if any one of them is sufficient.

  (3) *Inconsistent Claims or Defenses.* A party may state as many separate claims or defenses as it has, regardless of consistency.

(e) **Construing Pleadings.** Pleadings must be construed so as to do justice.

(Amended February 28, 1966, effective July 1, 1966; March 2, 1987, effective August 1, 1987; April 30, 2007, effective December 1, 2007; April 28, 2010, effective December 1, 2010.)

**ADVISORY COMMITTEE NOTES**

§§ 11305, 11314;  Utah 104-9-1.

See Rule 19(c) for the for relief of the names o the reason for their omis

See Rule 23(b) for pa plaint in a secondary act

Note to Subdivision methods of pleading p (Persons making seizur special matter); U.S.C under general issue, up tion for an extended pa ing and proof in actions

2. This rule is, in pa Contents—Counterclai from the Connecticut (1934) §§ 107, 108, and 5514. Compare the E the Judicature Act (T 17-20.

Note to Subdivisior glish Rules Under the 1937) O. 19, r. 15 and N omitted in this rule.

Note to Subdivisior former Equity Rule : For the second senten When Required—Wh English Rules Under tice, 1937) O. 19, r.r. 1

Note to Subdivisio [former] Equity Rule plus a statement of Compare also [forme; Forms Abrogated). 171-4, 432-5; Hankin (1924), 33 Yale L.J. 3'

Note to Subdivis frequent occurrenc 110, § 157(3);  2 Mi (1937) § 215;  2 N.D.

The change her unification

The amendment intended.

The language general restyling understood and throughout the r

*To the Judge Committee*

*- To the Federal Judge . -*  **URgent Help**

**New York**

October, 9 2015

*and* - Complaint to Federal Court -

To: the Lawyer Committee for Grievance

By lawyer, John Mc Clain, Parallegal Margaret Lu Chin Thomas, actually
holding position in the State Food Stamp Administrative hearing, my son

Carl Eric Gervais jr, was sold in the Queens Supreme Court, on Sutphin Blvard

Like the bible story of Joseph and Pontifar wife, he has to be murder by law for
John Mc Clain to collect any policy for his life *- we are not on their drug product.*

My self I have Anthony Cincotta, lawyer, assigned to collect all benefits, all of
them live on Long Island, Mrs Lu Chin, framist, on my son taxes for kidnapping

Human seller from the North of Haiti, last know address, in Queens *— My son do not Know*
*My Son is Being Follow For N/O Reason — No Motif - No Gun*
Both of us are schedule to be convicted, kill legally because, I wrote about the
appearance difference of the Labor Day Parade of the Haitian band looking like on
micro management expenses...

Both television and news paper report that my son that move on Long Island, the
same week-end of Labor Day, just have a one and half month son to take care

No gang affiliation, graduated in College because I reported to the Federal
Government, the Fake papers signed by Judge Fitzmaurice and associates in
Family Court... from the title of the case... all custody case request become
visitation case... just to name that

The Haitians human sellers, homeless makers, mentally ill makers have a
1. September 11, 2001, in Haiti and incognito in the U.S.,

2. AN Arsenal of drug plantation in Haiti and Florida, they tortured legally, write
swastika in blood on public benches in Haiti, like stool graffiti on subway,
telephone, by pay for service police

P.S. *I am the whistle Blower who wrote to the mayor My Son Carl Gervais is going to be tortured for something he does know - Anything - About - to be AS A Black Men Kill by coercion of his Brain - rectum - body until he gets exhausted and said okay for them to stop tortures - for the Pocket of Haitians city officials*

*And having all legal Authority to arrest and kill whistle blower, keep singing one song since after Labor day, pointing finger at me, hacking my telephone conversation with my son:*

*"THIS LADY AND HER SON DID IT"THE Governor Aid by News paper and television report got kill... my son is not aware of any thing ... for me not to disturb her new family life... he does not know he was sold ... did not go to Labor Day events... he was moving*

*An FBI I report suspicion on Chinese bus "Focus" that staged a return receipt strategy on my return trip to Washington yesterday ... a receipt looking like the one the security guard at the Washington office game me to follow up on my inquiry... New paper reported : Chinese are stealing documents... the FBI told me flatly "IT IS A LIE" like they was no shooting of the Governor Aid , no September 11,organization in Haiti all Haitian with ISIS POLICY to win the war, cut off their head... burn their house ref: history book of Haiti can proceed legally on Marie L Banks and her son Carl E Gervais*

*Their September 11, 2001 organization is legal or never existed like the Governor Aid Murder( Labor Day 2015... according to news?)*

*Marie Lourdes Banks*

*Mother of Carl Gervais*

*194 Malcolm X Blvard apt B3*

*Brooklyn, NY 11221*

P. S. copy to President Raoul Castro, cuba United Nations / world Council of churches

ICC case # OTP-CR-5-05

+ Middle East Peace Keeper notified for their Assassinated for the Haitians