UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIE L. BANKS,                                         JUDGMENT
                                                                    15-CV- 5943 (JG)
                              Plaintiff,

    -against-

LABOR DAY EVENT, NYC ORGANIZATION
FOR HAITI; TELEVISION CH. 7-11; POLICE-
LAW ENFORCEMENT; NASSAU COUNTY
DA,

                             Defendants.
-------------------------------------------------------------X

        A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 26, 2015, dismissing the *pro se* complaint because it lacks subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(h)(3) and 28 U.S.C. § 1915(e)(2)(B)(i); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

        ORDERED and ADJUDGED that pursuant to Federal Rule of Civil Procedure 12(h)(3) and 28 U.S.C. § 1915(e)(2)(B)(i), the *pro se* complaint is dismissed because it lacks subject matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York                                            Douglas C. Palmer
       October 27, 2015,                                                Clerk of Court

                                                                          by:    */s/ Janet Hamilton*
                                                                                     Deputy Clerk